| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Amanda Seabock, Esq., SBN 289900 |
| 2 | Chris Carson, Esq., SBN 280048 |
| 3 | Dennis Price, Esq., SBN 279082 |
| | 8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111 |
| | (858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | Beilal Chatila, SBN 314413 |
| | bc@chatilalaw.com |
| 8 | CHATILA LAW, LLP |
| 9 | 2001 Addison Street, |
| | Suite 307 Berkeley 94704 |
| 10 | Office: (888) 567-9990 |
| | Facsimile: (888) 509-2870 |
| 11 | Attorneys for Defendants |
| 12 | 11 Belden Place LLC and Financial District Fine Wine, Inc. |

**IT IS SO ORDERED**
Judge Thomas S. Hixson

Case is Dismissed with prejudice. The Clerk shall close the case.
Dated: 1/23/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No.: 3:19-CV-06510-TSH |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| 11 BELDEN PLACE LLC, a California Limited Liability Company; FINANCIAL DISTRICT FINE WINE, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 22, 2020   CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
       Amanda Lockhart Seabock
       Attorneys for Plaintiff

Dated: January 22, 2020   CHATILA LAW, LLP



By:   /s/ Beilal Chatila
       Beilal Chatila
       Attorneys for Defendant
       11 Belden Place LLC and Financial
       District Fine Wine, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Beilal Chatila, counsel for 11 Belden Place LLC and Financial District Fine Wine, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 22, 2020         CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff